**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Case No. 23-cr-106-CNS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. CESAR OCTAVIO VEGA CHACON,
2. JOSE EZEQUIEL ALVARADO-VILLARREAL,
3. ABYMELEC ALVAREZ-MIRANDA,
4. MANUEL CAMPOS,
5. SUSANA ELIZABETH CARRENO-HERNANDEZ, a/k/a "La Loba,"
6. FNU LNU, a/k/a "UM-5548,"
7. ALBERTO CERVANTES-SALAZAR,
8. LUIS DANIEL FELICIANO DEJESUS, a/k/a "Panda,"
9. URIEL FLORES, a/k/a "Kilo,"
10. FNU LNU, a/k/a "Ayon,"
12. JOSE ANTONIO SANCHEZ-OLMEDO, a/k/a "Luis Antonio Sanchez-Olmedo," a/k/a "Nino," a/k/a "Ninos," a/k/a "Miguel,"
13. VICTOR EDEL SANDOVAL-PORTELA, and
14. LEONEL VILLARREAL-OLIVAS,

    Defendants.

## UNITED STATES' MOTION TO UNRESTRICT DOCUMENT

    The United States of America, by and through Cole Finegan, United States Attorney for the District of Colorado, and Cyrus Y. Chung, Assistant United States Attorney, respectfully moves to unrestrict the First Superseding Indictment, the penalty sheets, and the arrest warrants [ECF Nos. 55, 55-1, and 56] as to all defendants in the above-captioned matter.

    As grounds therefore, the government states that it had requested that the First Superseding Indictment be restricted to protect against disclosure to unarrested

defendants.    Arrest operations have now been executed and, accordingly, the government's rationale for restriction no longer exists.

WHEREFORE, for the foregoing reasons, the Government respectfully requests that the First Superseding Indictment, as well as the associated penalty sheets and arrest warrants, be unredacted as to all defendants.

                    COLE FINEGAN
                    United States Attorney

By:   *s/Cyrus Y. Chung*
       Cyrus Y. Chung
       Assistant United States Attorney
       United States Attorney's Office
       1801 California Street, Suite 1600
       Denver, CO 80202
       Telephone: (303) 454-0100
       FAX: (303) 454-0409
       E-mail: cyrus.chung@usdoj.gov
       Attorney for the Government

## **CERTIFICATE OF SERVICE**

       I hereby certify that on May 9, 2023, I electronically filed the foregoing UNITED STATES' MOTION TO UNRESTRICT DOCUMENT with the Clerk of Court using the CM/ECF system which will send notification of such filing to all e-mail addresses of record.

                                      By:    *s/Stephanie Price*
                                                  Stephanie Price
                                                  Legal Assistant
                                                  United States Attorney's Office
                                                  1801 California Street, Suite 1600
                                                  Denver, Colorado 80202
                                                  Telephone: (303) 454-0100